JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIYUN JIN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>　　　　Defendants. | No. 8:23-cv-01867-DOC-DFM<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [11]**<br><br>Honorable David O. Carter<br>United States District Judge |

　　Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until February 28, 2025.

Dated:   November 30, 2023

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE